UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

DE LA ROSA MARTINEZ et al.,

                          Plaintiffs,

          -against-

HARBOR EXPRESS, LLC et al.,

                         Defendants.

------------------------------------------x

ORDER

15 Civ. 7458 (GBD) (DCF)

GEORGE B. DANIELS, United States District Judge:

The April 16, 2020 conference is adjourned to June 18, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE