

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAYVELIN DE LA ROSA MARTINEZ,

                        Plaintiff,

     -against-

HARBOR EXPRESS, LLC; PAT SALMON & SONS, INC., et al.,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Civ. 7458 (GBD) (DCF)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request for an extension of time, (ECF No. 109), to respond to Defendant Harbor Express, LLC's motion for settlement, (ECF No. 100), is GRANTED. The parties' briefing schedule for the motion for settlement is amended as follows:

- Plaintiff shall file any opposition papers to Defendant Harbor Express LLC's motion for settlement before or on September 17, 2020; and

- Defendant Harbor Express LLC shall file any reply papers before or on October 1, 2020.

Dated: New York, New York
       September 1, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge