UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAYVELIN DE LA ROSA MARTINEZ,

                          Plaintiff,

-against-

HARBOR EXPRESS, LLC; PAT SALMON &
SONS, INC.,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Civ. 7458 (GBD) (DCF)

GEORGE B. DANIELS, District Judge:

      The October 8, 2020 status conference is cancelled.

Dated: October 5, 2020
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE