**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MAYVELIN DE LA ROSA MARTINEZ et al,

                       Plaintiffs,

           -against-

HARBOR EXPRESS, LLC; PAT SALMON & SONS,
INC., et al,

                     Defendants.
-----------------------------------------------------------------X

                               **15-CV-7458 (GBD) (VF)**

                                  **<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court held a telephonic conference on September 26, 2022, to discuss the letter

motions at ECF Nos. 151 and 158. During the conference, Plaintiff's new counsel, Mr. James

Greenberg, and Plaintiff's outgoing counsel, Mr. Ezra Glaser, reached an agreement concerning

the dispute over duplication costs incurred by Mr. Glaser in connection with the transfer of

Plaintiff's file to Mr. Greenberg. Mr. Glaser agreed to accept $800 for the costs he incurred in

copying Plaintiff's file. Mr. Greenberg and Mr. Glaser also indicated that they would enter into

the stipulation submitted as Exhibit 4 to ECF No. 157. The Clerk of Court is respectfully directed

to terminate the motions at ECF Nos. 151 and 158.

              **SO ORDERED.**

DATED:     New York, New York
             September 26, 2022

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge