**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MAYVELIN DE LA ROSA MARTINEZ et al,

                      Plaintiffs,        **15-CV-7458 (GBD) (VF)**

    -against-                        **ORDER**

HARBOR EXPRESS, LLC; PAT SALMON & SONS,
INC., et al,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Parties are directed to file a joint letter on the docket by **December 15, 2022**, updating the Court on the status of the case.

                 **SO ORDERED.**

DATED:    New York, New York
                December 1, 2022

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge