**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MAYVELIN DE LA ROSA MARTINEZ et al,

                          Plaintiffs,                    **15-CV-7458 (GBD) (VF)**

            -against-                              **ORDER**

HARBOR EXPRESS, LLC; PAT SALMON & SONS,
INC., et al,

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 1, 2022, the Court directed the parties to file a joint status update by December 15, 2022 (ECF No. 164). The parties have not responded to the Court's request for an update. The parties are directed to file a joint letter on the docket by **January 13, 2023**, updating the Court on the status of the case.

                        **SO ORDERED.**

DATED:    New York, New York
                January 6, 2023

                                                        _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge