UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MAYVELIN DE LA ROSA MARTINEZ,

                Plaintiff,

    -against-

HARBOR EXPRESS, LLC and PAT SALMON
& SONS, INC.,

                Defendants.

------------------------------------x

ORDER

15 Civ. 7458 (GBD) (VF)
(Lead Case)

------------------------------------x

JUAN RIVERA, *as Administrator of the
Estate of Aaron Leon*,

                Plaintiff,

    -against-

HARBOR EXPRESS, LLC and PAT SALMON
& SONS, INC.,

                Defendants.

------------------------------------x

15 Civ. 7483 (GBD) (VF)
(Member Case)

GEORGE B. DANIELS, United States District Judge:

    In light of the parties' representation in their April 10, 2024 joint letter (ECF No. 173[1]) that settlement would be "eminently achievable" if this Court were to decide whether New York or New Jersey law applies to the issue of loss allocation (*id.* at 2), this Court will permit the parties to argue the choice-of-law issue at this juncture. As the parties fully briefed the choice-of-law issue in conjunction with the summary judgment briefing, the parties may, if necessary, file letters

---

[1] All ECF citations contained herein refer to documents filed on the *De La Rosa Martinez* docket.

supplementing their prior choice-of-law arguments by June 3, 2024. Responses to any supplemental letters are due on June 17, 2024. No letter shall be greater than five pages in length.

Dated: New York, New York
      May 1, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge