**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MAYVELIN DE LA ROSA MARTINEZ et al,

                            Plaintiffs,          **15-CV-7458 (GBD) (VF)**

            -against-                          **ORDER**

HARBOR EXPRESS, LLC, et al,

                            Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed in the conference on February 27, 2025, if mediation proves unsuccessful and the parties are interested in a settlement conference, the parties should submit a joint letter on the docket.

      If the parties wish to raise further disputes with the Court during the course of litigation, the parties are directed to file a formal letter on the docket outlining the dispute and their positions.

      **SO ORDERED.**

DATED:     New York, New York
                March 3, 2025

                                                                   _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge