UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MAYVELIN DE LA ROSA MARTINEZ,                              :
                                                          :
                         Plaintiff,                        :
                                                          :
           -against-                                      :        MEMORANDUM DECISION
                                                          :          AND ORDER
HARBOR EXPRESS, LLC and PAT SALMON          :
& SONS, INC.,                                             :        15 Civ. 7458 (GBD) (VF)
                                                          :        (Lead Case)
                         Defendants.                       :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JUAN RIVERA, *as Administrator of the*                     :
*Estate of Aaron Leon,*                                    :
                                                          :
                         Plaintiff,                        :
                                                          :        15 Civ. 7483 (GBD) (VF)
           -against-                                      :        (Member Case)
                                                          :
HARBOR EXPRESS, LLC and PAT SALMON          :
& SONS, INC.,                                             :
                                                          :
                         Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle (*see*

ECF No. 172 in 15-cv-07483), the Clerk of the Court is hereby ORDERED to close the above-

captioned action, without prejudice to restoring the action to this Court's calendar if an application

to restore is made within thirty (30) days of this Order.

1

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: **MAY 0 5 2026**
New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge

2